**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVIE C. PARK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-06893 |
| | ) | |
| v. | ) | Hon. Sharon Coleman Johnson |
| | ) | |
| ALLIANT CREDIT UNION, | ) | **JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff, DAVIE C. PARK ("Park"), by his attorneys Joseph S. Davidson and Mohammed O. Badwan of Sulaiman Law Group, Ltd., and Defendant, ALLIANT CREDIT UNION ("Alliant"), by its attorneys, Brian W. Norkett and Bryan E. Curry of Litchfield Cavo, LLP, state as follows for their Joint Status Report submitted pursuant to the Court's Standing Order and Minute Order of October 21, 2019:

**I.  Nature of the Case**

| Davie Park, is represented by: | Alliant Credit Union is represented by: |
|---|---|
| Joseph S. Davidson<br>Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>(630) 575-8181<br>jdavidson@sulaimanlaw.com<br>mbadwan@sulaimanlaw.com | Brian W. Norkett<br>Bryan E. Curry<br>Litchfield Cavo LLP<br>303 W. Madison Street, Suite 300<br>Chicago, Illinois 60606<br>Phone: 312-781-6685 (Norkett)<br>Phone: 312-781-6678 (Curry)<br>Fax: 312-781-6630<br>norkett@litchfieldcavo.com<br>curry@litchfieldcavo.com |

Mr. Davidson is lead trial counsel for Park.  Mr. Norkett is lead trial counsel for Alliant.

1

Park seeks relief under the Fair Credit Reporting Act alleging that Alliant, a credit union, failed to conduct an investigation upon receiving a notice of a disputed item of Plaintiff's credit report. There are no counterclaims.

The major legal and factual issues in this case are whether Alliant received notice of the Plaintiff's alleged dispute in 2019 of information in Plaintiff's credit report and, in turn, whether Alliant thereafter failed to conduct an investigation in accordance with 15 U.S.C. § 1681s-2(b)(1).

Plaintiff seeks actual damages, statutory damages in an amount not to exceed $1,000.00 for "each violation," punitive damages, court costs and reasonable attorneys' fees.

The general status of the case is that the parties are now at issue with discovery to follow under the "pilot program" for mandatory disclosures. As noted below, settlement discussions are underway, though no settlement has yet been reached.

**II.     Pending Motions**

There are no pending motions. Alliant anticipates that it will file a Rule 56 Motion for Summary Judgment

**III.    Proposed Discovery Schedule**

- Parties to serve initial mandatory discovery disclosures on or before January 13, 2020
- Parties to serve initial mandatory disclosure of electronically stored information (if any) on or before January 23, 2020
- Parties to issue any additional written discovery under Fed.R.Civ.Pro. 33 or 34 on or before February 10, 2020
- Parties to complete non-expert depositions on or before July 10, 2020
- Plaintiff to disclose expert witnesses on or before August 14, 2020
- Plaintiff's expert witnesses to be deposed on or before September 18, 2020
- Defendant to disclose expert witnesses on or before October 19, 2020
- Defendant's expert witnesses to be deposed on or before November 20, 2020
- Dispositive Motions to be filed on or before December 21, 2020

**IV.    Trial**

Both parties have demanded a trial by jury. The estimated length of trial from jury selection

to verdict would be two to three days.

**V.     Status of Settlement Discussions**

Plaintiff has made a settlement demand, which is under consideration. A response is forthcoming.

**VI.    Consent to Proceed Before a Magistrate Judge**

The parties do not unanimously consent to proceed before a Magistrate Judge.

Dated: December 17, 2019

Respectfully submitted,

| DAVIE C. PARK | ALLIANT CREDIT UNION |
|---|---|
| By: */s/ Joseph S. Davidson*<br>    Joseph S. Davidson<br>    One of his attorneys | By: */s/ Brian W. Norkett*<br>    Brian W. Norkett<br>    One of its attorneys |
| Joseph S. Davidson<br>Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>jdavidson@sulaimanlaw.com<br>mbadwan@sulaimanlaw.com | Brian W. Norkett<br>Bryan E. Curry<br>Litchfield Cavo LLP<br>303 W. Madison Street, Suite 300<br>Chicago, Illinois 60606<br>Phone: 312-781-6685 (Norkett)<br>Phone: 312-781-6678 (Curry)<br>Fax: 312-781-6630<br>norkett@litchfieldcavo.com<br>curry@litchfieldcavo.com |

## **CERTIFICATE OF SERVICE**

    I, Brian W. Norkett, an attorney, hereby certified that a true and correct copy of the above Joint Status Report was electronically filed on December 17, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                          s/ Brian W. Norkett

Brian W. Norkett (6195461)
Bryan E. Curry (6255803)
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
t 312-781-6685 (Norkett)
t 312-781-6678 (Curry)
f 312-781-6630
norkett@litchfieldcavo.com
curry@litchfieldcavo.com