## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Davie C. Park

                Plaintiff,

v.                               Case No.: 1:19–cv–06893
                                     Honorable Sharon Johnson Coleman

Alliant Credit Union

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice. (ym, )

Dated: February 13, 2020

                                                      /s/ Sharon Johnson Coleman

                                                          United States District Judge